UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:18-cv-14166-ROSENBERG/MAYNARD

Joseph J. Thomas,

    Plaintiff,

vs.

The Northwestern Mutual Life
Insurance Company, a Wisconsin
corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Counsel for Plaintiff, Joseph J. Thomas and counsel for Defendant, The Northwestern Mutual Life Insurance Company submit this Notice of Settlement. The parties to this action have reached agreement on the terms of settlement of all claims that were or could have been raised in this matter and are in the process of preparing a formal settlement agreement and dismissal.

Dated: September 20, 2019

Respectfully submitted,

| /s/ *Ashley J. Novander* | /s/ *John E. Meagher* |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| Michael O'Haire, Esq. | John E. Meagher, Esq. |
| Florida Bar No. 059698 | Florida Bar No. 511099 |
| moh@oqc-law.com | jmeagher@shutts.com |
| Ashley J. Novander, Esq. | Jake Monk, Esq. |
| Florida Bar No. 122234 | Florida Bar No. 100321 |
| ajn@oqc-law.com | jmonk@shutts.com |
| O'Haire, Quinn, Casalino, Chartered | Shutts & Bowen, LLP |
| 3111 Cardinal Drive | 200 South Biscayne Blvd., Suite 4100 |
| Vero Beach, FL 32963 | Miami, FL 33131 |
| Phone: (772) 231-6900 | Phone: (305) 358-6300 |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 21th day of September, 2019, I filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                             /s/Ashley J. Novander, Esq.

## **SERVICE LIST**

John E. Meagher, Esq.
Jake Monk, Esq.
jmeagher@shutts.com
jmonk@shutts.com
Shutts & Bowen, LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
Attorneys for Defendant