UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:18-cv-14166-ROSENBERG/MAYNARD

Joseph J. Thomas,

    Plaintiff,

v.

The Northwestern Mutual Life
Insurance Company, a Wisconsin
corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL

Counsel for Plaintiff, Joseph J. Thomas, respectfully timely submits this motion for extension of time to file appropriate pleadings for dismissal of this action, pursuant to the Court's Order Staying Case [DE 122]. The Court set a deadline for the parties to finalize dismissal within thirty (30) days from entry of the Order dated September 23, 2019. Plaintiff requests an additional twenty (20) days to finalize dismissal.

Dated: October 23, 2019

Respectfully submitted,

/s/ Ashley J. Novander
Michael O'Haire, Esq.
Florida Bar No. 059698
moh@oqc-law.com
Ashley J. Novander, Esq.
Florida Bar No. 122234
ajn@oqc-law.com

O'Haire, Quinn, Casalino, Chartered
3111 Cardinal Drive
Vero Beach, Florida 32963
Phone: (772) 231-6900
Attorneys for Plaintiff, Joseph J. Thomas

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2019, I filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Ashley J. Novander, Esq.

## **SERVICE LIST**

John E. Meagher, Esq.
Jake Monk, Esq.
jmeagher@shutts.com
jmonk@shutts.com
Shutts & Bowen, LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
Attorneys for Defendant